UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
SEP 8, 2008
SEP 8 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael R. Patten

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Sheriff of
Cook County

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case
(To

08CV5107
JUDGE COAR
MAG. JUDGE DENLOW

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331** U.S. Code (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Michael R. Patten

B. List all aliases: none

C. Prisoner identification number: 2008 0001975

D. Place of present confinement: Cook County Jail

E. Address: 2600 S. California Chicago Ill. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart
   Title: Sheriff of Cook County
   Place of Employment: Cook County D.O.C.

B. Defendant: _____
   Title: _____
   Place of Employment: _____

C. Defendant: _____
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Michael R. Patten -vs- Tom Dart, et al. case number 08C3320

B. Approximate date of filing lawsuit: June 9, 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Michael Robert Patten

D. List all defendants: Tom Dart, et al.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court Cook County

F. Name of judge to whom case was assigned: Judge Coar

G. Basic claim made: Slip and Fall and lack of medical treatment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: June 9, 2008

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Statement of claim

I Michael R. Patten on or about August 29, 2007 I was book in the Cook County Jail at Div 2 V-house. I was expose to a staff infection call mercer. This bacteria cause a Large boil on my buttock area, made it hard for me to walk, set down, sleep and go to the bathroom. I had to deal with this problem everyday for four weeks befor see a doctor. When I finely saw the doctor got treated for my infection he order my drom officer or whoever is in charge to give me clean bedding, change of clothing towl and soap. Befor that I hadden had a clean set of clothing or linen for a month. me and the hole Dorm. Do to the unclean living area, lack of clean clothing, bedding towls and soap which cause my boil not once but two times I hold Cook County Jail soley respondable for my ingurys.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I humbly request the Honorable Court to issue and order declaring Defendant Tom Dart the sheriff of Cook County to pay punitive Damages in the amount of $150,000 and compensatory Damages each in the amount of $40,000 or what the court see fair.

**VI.**    The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 7 day of 10, 20 08

_Michael Patten_
(Signature of plaintiff or plaintiffs)

Michael R. Patten
(Print name)

20080001975
(I.D. Number)

Cook County Jail
P/O Box 089002  60608  Div 104-A
(Address)